# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO DRUG CO. | CASE NUMBER |
| PLAINTIFF(S)/PETITIONER(S) | CV 24-10543 CAS |
| v. | |
| GOODRX INC., ET AL. | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 23-05 |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in named parties in this case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 23-05.

This self-recusal has been Ordered:
- [x] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

December 12, 2024                                   *Christine A. Snyder*
Date                                                United States District Judge/Magistrate Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **Hernan D. Vera**. On all documents subsequently filed in this case, please substitute the initials **HDV** after the case number in place of the initials of the prior judge so that the case number will read: **2:24-cv-10543 HDV(MAAx)**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk