# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esco Drug Co.<br><br>v.<br><br>GoodRx Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cv-10543 HDV(MAAx)<br><br>**ORDER RE TRANSFER**<br>**(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

December 13, 2024                                          Sherilyn Peace Garnett     /s/
_____                          _____
Date                                                                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                          _____
Date                                                                    United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:24-cv-09379 SPG(SKx)__ and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Audero__ to Magistrate Judge __Kim__.

On all documents subsequently filed in this case, please substitute the initials __SPG(SKx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:24-cv-10543 SPG(SKx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge    [ ] Statistics Clerk

CV-34 (06/23)                                ORDER RE TRANSFER (Related Cases)